IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND ELECTRICAL
INDUSTRY HEALTH FUND et al,
    *Plaintiffs*,

    v.

MOUNTAIN STATE ELECTRIC, LLC,
    *Defendant.*

Civil Action No. ELH-20-1127

**ORDER**

On May 1, 2020, plaintiffs, a collection of employee pension benefit plans, employee welfare benefit plans, labor and employee associations, and unions filed suit against defendant Mountain State Electric, LLC ("Mountain State") under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001 *et seq*. ECF 1 ("Complaint"). Plaintiffs seek contributions allegedly due under employee benefit plans.

Summons were issued on May 4, 2020.  ECF 3.  Therefore, under the 90-day service deadline set forth in Fed. R. Civ. P. 4(m), plaintiffs had to effect service of process by August 3, 2020.  Because the docket did not indicate that plaintiffs had served defendant, by Order of August 6, 2020 (ECF 4), I directed plaintiffs either to effect service by September 4, 2020, or show cause by that date as to why the claims should not be dismissed, without prejudice, under Fed. R. Civ. P. 4(m) and Local Rule 103.8, for failure to effect service.

Pursuant to Local Rule 103.8, "the Court may enter an order asking the party to show cause why the claim should not be dismissed" if a plaintiff "has not effected service of process within 90 days" of filing the suit.  The same Local Rule states that "the claim shall be dismissed without prejudice" if the plaintiff fails to show cause "within fourteen (14) days of the entry of the order

or such other time as may be set by the Court." Local Rule 103.8.

Because the docket did not indicate that plaintiffs responded to the Court's Show Cause Order, by Order of September 17, 2020 (ECF 5), I afforded plaintiffs another opportunity either to effect service or show cause as to why the claims should not be dismissed. That submission was due by October 8, 2020. *Id.*

Plaintiffs have not responded to the Court's second Show Cause Order. *See* Docket. Nor is there any indication of service on defendant. Accordingly, I shall dismiss the suit, without prejudice, for failure to effect service, pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8. And, the Clerk shall close the case.

Accordingly, it is this 2nd day of November, 2020, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. This suit is dismissed, without prejudice, for failure to effect service, pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8; and

2. The Clerk SHALL CLOSE the case.

                                        /s/
                        _____
                        Ellen L. Hollander
                        United States District Judge